3
NICOLAS DALUISO, #163553
John A. "Joe" Solseng, CB # 262127
Robinson Tait, P.S.
710 Second Ave, Suite 710
Seattle, WA, 98104
Telephone: (206) 876-3268
Facsimile: (206) 676-9659
Attorney for
The Bank of New York Trust Company, N.A.,
as Indenture Trustee on behalf of the
Noteholders of the Flagstar Home Equity Loan Trust 2006-2.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re:<br>NANCY DENYCE HART<br><br>                    Debtors. | BANKRUPTCY NO. 11-43767-WJL<br>ND-549<br>CHAPTER NO. 13<br><br>**THE BANK OF NEW YORK TRUST COMPANY, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE FLAGSTAR HOME EQUITY LOAN TRUST 2006-2'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br><u>MEETING OF CREDITORS:</u><br>DATE: 5/12/2011<br>TIME: 9:00 AM<br>LOCATION:<br>    Office of the U.S. Trustee<br>    1301 Clay St. Room 680 N<br>    Oakland, CA 94612<br><u>CONFIRMATION HEARING:</u><br>DATE: Not Set<br>TIME:<br>LOCATION: |

OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN - 1

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA, 98104
(206) 676-9640

«60279-0436-bk-6»\Objection to Confirmation of Chapter 13 Plan California

TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY COURT JUDGE, TO THE CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE, THE DEBTOR, AND THE DEBTOR'S ATTORNEY:

The Bank of New York Trust Company, N.A., as Indenture Trustee on behalf of the Noteholders of the Flagstar Home Equity Loan Trust 2006-2 (hereinafter "BANK OF NEW YORK") is the holder of a secured claim for Debtors' property located at 3626 Otter Brook Loop, Discovery Bay, CA 94514. BANK OF NEW YORK is, therefore, a party in interest and has standing to object to the Debtors' Chapter 13 Plan.

The Proof of Claim was filed on 4/13/2011. BANK OF NEW YORK objects to the Plan on the following grounds:

1. The Debtor's Plan does not provide for the monthly post petition payment amount. The monthly post-petition payment amount is adjustable, but is currently $522.54.

2. The Debtor has filed a Motion to Value the property and is attempting to strip this second lien. Bank of New York believes the claim to be fully secured, and is currently obtaining its own appraisal on the property.

3. BANK OF NEW YORK requests the Debtors' Plan be amended to provide for the appropriate monthly payment amount, that confirmation of the Debtor's Plan be continued until the Motion to Value has been resolved, or that the Debtor otherwise provide for treatment of Creditor's claim.

DATED this 11th day of May, 2011.

/s/Nicolas Daluiso
NICOLAS DALUISO, #163553
John A. "Joe" Solseng, CB # 262127
Robinson Tait, P.S.

OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN - 2
«60279-0436-bk-6»\Objection to Confirmation of Chapter 13 Plan California

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
(206) 676-9640

Case: 11-43767   Doc# 18   Filed: 05/11/11   Entered: 05/11/11 15:31:21   Page 2 of 3

| | |
|---|---|
| 1 | Attorneys for The Bank of New York Trust Company, N.A., as Indenture Trustee on behalf of the Noteholders of the Flagstar Home Equity Loan Trust 2006-2 |
| 2 | |
| 3 | |

OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN - 3

«60279-0436-bk-6»\Objection to Confirmation of Chapter 13 Plan California

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
(206) 676-9640

Case: 11-43767   Doc# 18   Filed: 05/11/11   Entered: 05/11/11 15:31:21   Page 3 of 3