NICOLAS DALUISO, #163553
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA, 98104
Telephone: (206) 876-3268
Facsimile: (206) 676-9659

Attorney for Movant:
The Bank of New York Trust Company,
N.A., as Indenture Trustee on behalf of the
Noteholders of the Flagstar Home Equity Loan Trust 2006-2

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 11-43767-WLJ <br> ND-549 <br> Chapter 13 |
| NANCY DENYCE HART, <br><br> Debtor. | **OBJECTION TO DEBTOR'S MOTION TO VALUE SECURITY OF THE BANK OF NEW YORK TRUST COMPANY, N.A. AS INDENTURE TRUSTEE ON BEHALF OF NOTEHOLDERS OF THE FLAGSTAR HOME EQUITY LOAN TRUST 2006-2 AS SUCCESSOR IN INTEREST TO SPECIALIZED LOAN SERVICING, LLC UNDER FRBP 3012** <br><br> **HEARING DATE:** <br> DATE: July 14, 2011 <br> TIME: 2:00 p.m. <br> COURTROOM: 220 |

The Bank of New York Trust Company, N.A., as Indenture Trustee on behalf of the Noteholders of the Flagstar Home Equity Loan Trust 2006-2 ("Bank of New York") objects to the Debtor's Motion to Value Real Property for the Purpose of Stripping the Junior Lien on Debtor's Real Property. Bank of New York is the holder of a secured claim in this case, secured

by a second Deed of Trust on the debtor's principal place of residence, commonly known as 3626 Otter Brook Loop, Discovery Bay, CA 94505 (the "Property").

Bank of New York objects to the debtor's valuation of $338,000.00 based on the information currently available to it. Bank of New York is currently in the process of obtaining a valuation on the above-referenced property and reserves its right to supplement this response.

In the event that the valuation supports the debtor's motion, Bank of New York would not object to the motion provided that said lien avoidance be specifically conditioned on the debtor successfully completing this Chapter 13 plan and receiving a discharge in this case. Should this case be dismissed or terminated for any reason whatsoever and the debtor not receive a discharge, this motion would be null and void and Bank of New York's second lien would remain a full and valid lien on the property.

WHEREFORE, Bank of New York respectfully requests that the debtor's Motion to Avoid Junior Lien be denied.

DATED this 31st day of May, 2011

/s/ Nicolas Daluiso
NICOLAS DALUISO, #163553
Robinson Tait, P.S.
Attorney for: The Bank of New York Trust Company, N.A., as Indenture Trustee on behalf of the Noteholders of the Flagstar Home Equity Loan Trust 2006-2