Entered on Docket
June 02, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes
the order of the court. Signed June 02, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

**NANCY DENYCE HART,**
              Debtor.

_____/

Case No. 11-43767 WJL

Chapter 13

**ORDER VALUING LIEN OF CHASE AS SUCCESSOR TO WASHINGTON MUTUAL BANK**

    On May 6, 2011, Nancy Hart (hereinafter Debtor) served a motion to value the lien of Chase as successor to Washington Mutual Bank (hereinafter Lienholder) against the property commonly known as 1519 Palo Verde Drive, Carson City, NV 89701, which lien was recorded in Carson City on or about July 5, 2007 as document 369411 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

    (1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

<pre>
                        COURT SERVICE LIST


Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Nancy Hart
3626 Otter Brook Loop
Discovery Bay, CA 94505

Attn: Officer
JP Morgan Chase Bank, NA
1111 Polaris Parkway
Columbus, Ohio 43240

Attn: Officer
JP Morgan Chase Bank, NA
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Attn: Officer or Managing Agent
Chase Home Equity Loan Servicing
P.O. Box 24714
Columbus, OH 43224

Attn: Officer or Managing Agent
Chase Home Finance, LLC
194 Wood Ave S
Iselin, NJ 08830

Attn: Officer or Managing Agent
Chase Home Finance, LLC
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Attn: Steven Lawrence
JPMorgan Chase Bank, N.A.
C/o Alvarado & Associates, LLP
1 Mac Arthur Place
Suite 210
Santa Ana, CA 92707
</pre>