Nicolas Daluiso, 163553
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: 206-676-9640
Fax: 206-676-9659

Attorneys for Secured Creditor
The Bank of New York Trust Company, N.A.,
as Indenture Trustee on behalf of the Noteholders
of the Flagstar Home Equity Loan Trust 2006-2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>NANCY DENYCE HART,<br><br>           Debtor. | Bankruptcy Case No. 11-43767-WJL<br>RS No. ND-549<br><br>Chapter 13<br><br>WITHDRAWAL OF OBJECTION TO DEBTOR'S MOTION TO VALUE SECURITY OF THE BANK OF NEW YORK TRUST COMPANY, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE FLAGSTAR HOME EQUITY LOAN TRUST 2006-2 AS SUCCESSOR IN INTERST TO SPECIALIZED LOAN SERVICING |

The secured creditor, The Bank of New York Trust Company, N.A., as Indenture Trustee on behalf of the Noteholders of the Flagstar Home Equity Loan Trust 2006-2 hereby withdraws its Objection to Debtor's Motion to Value Security filed on May 31, 2011 under docket # 23.

DATED this 27th day of June, 2011.

/s/ Nicolas Daluiso
Nicolas Daluiso, 163553
Robinson Tait, P.S.
Attorneys For The Bank of New York Trust Company N.A., as Indenture Trustee on behalf of the Noteholders of the Flagstar Home Equity Loan Trust 2006-2

WITHDRAWAL OF OBJECTION TO
MOTION TO VALUE SECURITY      - 1

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
(206) 676-9640; (206) 676-9659 facsimile

Case: 11-43767    Doc# 31    Filed: 06/27/11    Entered: 06/27/11 09:54:21    Page 1 of 1