Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266- 5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Nancy Denyce Hart | 11-43767-WJL13 |
| Debtors(s) | |

## NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on September 22, 2011 at 2:00 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California.

Date: July 12, 2011

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | | |
|---|---|---|
| In Re | | Chapter 13 Case Number: |
| Nancy Denyce Hart | | 11-43767-WJL13 |

Debtors(s)

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

July 12, 2011                                    /s/Veronica Valdez
                                                 Veronica Valdez

Nancy Denyce Hart                                Patrick L Forte Atty
3626 Otter Brook Loop                            1 Kaiser Plaza #480
Discovery Bay,CA 94505                           Oakland,CA 94612

(Debtor(s))                                      (Counsel for Debtor)

Chase Home Finance
Po Box 183166
Columbus, OH  43218

Home Depot
Po Box 6028
The Lakes, NV  88901

Specialized Loan Servicing, Llc
8742 Lucent Blvd.
Littleton, CO  80129-0000

Wells Fargo Dealer Services
Po Box 168048
Irving, TX  75016

Bank Of America
Po Box 15026
Wilmington, DE  19850

Chase
Home Equity Loan Servicing
Po Box 24714
Columbus, OH  43224-0000

| # | | |
|---|---|---|
| 1 | Jp Morgan Chase Bank | |
| 2 | 2901 Kinwest Pkwy<br>Irving, TX 75063 | |
| 3 | Wachovia Dealer Services | |
| 4 | Po Box 19657<br>Irvine, CA 92623 | |
| 5 | | |
| 6 | Jpmorgan Chase Bank/Chase<br>3415 Vision Dr Oh4-7133 | American Express<br>Po Box 981535 |
| 7 | Columbus, OH 43219<br>(Creditor) | El Paso, TX 799981535<br>(Creditor) |
| 8 | | |
| 9 | Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 480982639 | Cr Evergreen<br>Po Box 91121 Ms 550<br>Seattle, WA 981119221 |
| 10 | (Creditor) | (Creditor) |
| 11 | Wachovia Dealer Services Inc | Jp Morgan Chase Bank |
| 12 | Po Box 25341<br>Santa Ana, CA 927995341 | Po Box 24785 Natl Pymt Svc<br>Columbus, OH 432240785 |
| 13 | (Creditor) | (Creditor) |
| 14 | Wells Fargo C/O Robinson Tait<br>710 Second Ave Ste 710 | Chase Card Services<br>Po Box 15298 |
| 15 | Seattle, WA 98104<br>(Creditor) | Wilmington, DE 198505298<br>(Creditor) |
| 16 | | |
| 17 | Franchise Tax Board<br>Po Box 2952 | Home Depot<br>Po Box 6497 |
| 18 | Sacramento, CA 958122952<br>(Creditor) | Sioux Falls, SD 57117<br>(Creditor) |
| 19 | | |
| 20 | United States Treasury<br>Po Box 7346 | Jc Penney Co.<br>Po Box 96090 |
| 21 | Philadelphia, PA 191017346<br>(Creditor) | Orlando, FL 328960001<br>(Creditor) |
| 22 | Marriott Vacation Club | Nordstrom Bank |
| 23 | Financial Services<br>Po Box 8038 | Po Box 79137<br>Phoenix, AZ 850629137 |
| 24 | Lakeland, FL 33802<br>(Creditor) | (Creditor) |
| 25 | | Victoria'S Secret<br>Po Box 659728 |
| 26 | Specialized Loan Servicing<br>8742 Lucent Blvd #300 | San Antonio, TX 782659728<br>(Creditor) |
| 27 | Highlands Ranch, CO 80129<br>(Creditor) | |
| 28 | | |

| | |
|---|---|
| 1 | Chase Card Services |
| 2 | Po Box 15298 |
|   | Wilmington, DE  198505298 |
| 3 | (Creditor) |
| 4 | Chase Card Services |
|   | Po Box 15298 |
| 5 | Wilmington, DE  198505298 |
|   | (Creditor) |
| 6 |   |
|   | Macy'S |
| 7 | Po Box 689195 |
|   | Des Moines, IA  503689195 |
| 8 | (Creditor) |
| 9 |   |
|   | Macy'S American Express |
| 10 | Po Box 183084 |
|   | Columbus, OH  432183084 |
| 11 | (Creditor) |
| 12 | Sallie Mae Servicing |
|   | Po Box 9532 |
| 13 | Wilkes Barre, PA  187739532 |
|   | (Creditor) |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |