Entered on Docket
July 13, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 13, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 11-43767 WJL

**NANCY DENYCE HART,**                    Chapter 13

        Debtor.

ORDER VALUING LIEN OF THE BANK OF NEW YORK TRUST COMPANY, N.A. AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE FLAGSTAR HOME EQUITY LOAN TRUST 2006-2 AS SUCCESSOR IN INTEREST TO SPECIALIZED LOAN SERVICING, LLC
_____/

    On May 09, 2011 Nancy Hart (hereinafter Debtor) served a motion to value the lien of The Bank of New York Trust Company, N.A. as indenture Trustee on behalf of the note holders of the Flagstar Home Equity Loan Trust 2006-2 as successor in interest to Specialized Loan Servicing, LLC (hereinafter Lienholder) against the property commonly known as 3626 Otter Brook Loop, Discovery Bay, CA 94505 which lien was recorded in Contra Costa County on or about June 05, 2007 as document 0162884-00(hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

```
1                           COURT SERVICE LIST

2

3
    Law Offices of Patrick L. Forte
4   One Kaiser Plaza, Suite 480
    Oakland, CA 94612
5
    Nancy Hart
6   3626 Otter Brook Loop
    Discovery Bay, CA 94505
7
    Attn: Officer
8   Flagstar Bank, FSB
    5151 Corporate Drive
9   Troy, MI 48098

10  Attn: Officer
    Flagstar Bank, FSB
11  C/o CT Corporation System
    818 West Seventh St.
12  Los Angeles, CA 90017

13
    Attn: Officer or Managing Agent
14  Specialized Loan Servicing, LLC
    8742 Lucent Blvd
15  Suite 300
    Highlands Ranch, CO 80129
16
    Attn: Officer or Managing Agent
17  Specialized Loan Servicing, LLC
    C/o Capitol Corporate Services, Inc.
18  455 Capitol Mall Suite 217
    Sacramento, CA 95814
19
    Attn: Steven Lawrence
20  JPMorgan Chase Bank, N.A.
    C/o Alvarado & Associates, LLP
21  1 Mac Arthur Place, Suite 210
    Santa Ana, CA 92707
22

23  Attn: Nicolas Dalusio
    The Bank of New York Trust Company, N.A. as indenture Trustee on
24  behalf of the note holders of the Flagstar Home Equity Loan Trust
    2006-2
25  C/o Robinson Tait, P.S.
    710 Second Ave, Suite 710
26  Seattle, WA 98104
```