# CT Corporation

818 West Seventh Street
2nd Floor
Los Angeles, CA 90017

213 627 8252 tel
www.ctlegalsolutions.com

June 30, 2011

Patrick L. Forte
Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Re: Nancy Denyce Hart, Debtor // To: Flagstar Bank, FSB

Case No. 11-43767 WJL

Dear Sir/Madam:

We are herewith returning the Declaration which we received regarding the above captioned matter.

Flagstar Bank, FSB is not listed on our records or on the records of the State of CA.

Very truly yours,


Nancy Flores
Process Specialist

Log# 518764732

FedEx Tracking# 794959143601

cc: Northern District - U.S. Bankruptcy Court
    1300 Clay Street
    Oakland, CA 94612



**Business Entities (BE)**

Online Services
  - **Business Search**
  - **Disclosure Search**
  - **E-File Statements**
  - **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
  - **Business Resources**
  - **Tax Information**
  - **Starting A Business**
  - **International Business Relations Program**

**Customer Alert**
(misleading business solicitations)

## Business Search - Results

Data is updated weekly and is current as of Friday, July 08, 2011. It is not a complete or certified record of the entity.

- *Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name.*
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Results of search for " FLAGSTAR BANK " returned no entity records.

Record not found.

**Modify Search**   **New Search**

Privacy Statement | Free Document Readers
Copyright © 2011    California Secretary of State

Case: 11-43767   Doc# 39   Filed: 07/20/11   Entered: 07/20/11 15:53:56   Page 2 of 2