**ROUTH CRABTREE OLSEN, PS**
EDWARD T. WEBER, ESQUIRE, #194963
JONATHAN J. DAMEN, ESQUIRE, #251869
RENEE M. PARKER, ESQUIRE, #256851
KRISTI M. WELLS, ESQUIRE, #276865
STACY M. DOMINGUEZ, ESQUIRE, #279161
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-382-6437 / Fax (714) 277-4899
RCO# 7081.31504
Attorney for Creditor
Flagstar Bank, FSB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re:<br>Nancy Denyce Hart<br><br>                    Debtor. | No. 11-43767-WJL<br><br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE |
|---|---|

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

      PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Flagstar Bank, FSB requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter 13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

      Stacy Dominguez
      Routh Crabtree Olsen, PS
      1241 E. Dyer Road
      Suite 250
      Santa Ana, CA 92705
      PH 714-382-6437

Dated: 3/30/12

                                              Routh Crabtree Olsen, PS
                                              By: /s/Stacy Dominguez
                                                Attorneys for Creditor

# PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**
Nancy Denyce Hart
3626 Otter Brook Loop
Discovery Bay, CA 94505

**ELECTRONIC SERVICE:**

Martha G. Bronitsky
13trustee@oak13.com

US Trustee (OAK)
USTPRegion17.OA.ECF@usdoj.gov

Patrick L. Forte
pat@patforte.com

Service was made on May 21, 2012 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: /s/ Andrea Carlson Andrea Carlson